Catherine McGrath
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| 1. AXA, a Société Anonyme organized under Laws of France; | : | |
| 2. AXA INVESTMENT MANAGERS, INC., a Delaware Corporation; | : | |
| 3. AXA EQUITABLE LIFE INSURANCE COMPANY, a New York Stock Life Insurance Corporation; | : | Civil Action No.: |
| 4. AXA ADVISORS, L.L.C., a Delaware Limited Liability Company; | : | 07 CV 8293(WHP)(DAF) |
| 5. AXA NETWORK, L.L.C., a Delaware Limited Liability Company; | : | **RULE 7.1 STATEMENT** |
| 6. AXA FINANCIAL INC., a Delaware Corporation; and | : | |
| 7. AXA PRIVATE EQUITY US, L.L.C., a Delaware Limited Liability Company; | : | |
| Plaintiffs, | : | |
| v. | : | |
| 1. AXIA INVESTMENT MANAGEMENT, INC., an Oklahoma corporation; | : | |
| 2. BOK FINANCIAL CORPORATION, an Oklahoma Corporation; | : | |
| 3. AMERICAN PERFORMANCE FUNDS, a Massachusetts Business Trust; and | : | |

| | |
|---|---|
| 4.  BANK OF OKLAHOMA, a National Association, Chartered by the U.S. Government,  Defendants. | : : : : : |

-----------------------------------------------------------------X

Pursuant to Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the above-named plaintiffs certifies as follows:

1. Plaintiff AXA, S.A. has no corporate parent.

2. Mutuelles AXA, a French publicly held company, owns 10 percent or more of the stock of Plaintiff AXA, S.A.

3. Plaintiff AXA, S.A. is the parent corporation of and directly or indirectly owns 100 percent of the ownership interests in Plaintiffs AXA Investment Managers, Inc., AXA Equitable Life Insurance Company, AXA Advisors, L.L.C., AXA Network, L.L.C., AXA Financial Inc., and AXA Private Equity US, L.L.C.

4. The principal trading market for AXA, S.A.'s ordinary shares is the Paris Stock Exchange.

5. AXA, S.A.'s American Depository Shares and American Depository Receipts are listed on the New York Stock Exchange.

Dated:   New York, New York
         September 24, 2007

                              THELEN REID BROWN RAYSMAN
                              & STEINER LLP

                              By: *s/Catherine McGrath*
                                  Catherine McGrath
                                  875 Third Avenue
                                  New York, New York  10022
                                  (212) 603-2000
                                  Attorneys for Plaintiffs

2