UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXA, S.A., et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>AXIA INVESTMENT MANAGEMENT, INC., et al.,<br><br>     Defendants. | Case No. 07 Civ. 8293 (LAP)<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION<br><br>ECF CASE |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants AXIA Investment Management, Inc., BOK Financial Corporation, American Performance Funds and Bank of Oklahoma, N.A., and my request for electronic notification of all docket activity in this case. I certify that I am admitted to practice in this Court.

Dated: October 31, 2007
   New York, New York

              Respectfully submitted,

              WOLLMUTH MAHER & DEUTSCH LLP

              /s/ Christopher Harriss
              G. Christopher Harriss (GH-0284)
              500 Fifth Avenue
              New York, NY 10110
              Telephone (212) 382-3300
              Facsimile (212) 382-0050
              charriss@wmd-law.com

              *Attorneys for Defendants.*