UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXA, S.A., et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>AXIA INVESTMENT MANAGEMENT, INC., et al.,<br><br>            Defendants. | Case No. 07 Civ. 8293 (LAP)<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION<br><br>ECF CASE |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants AXIA Investment Management, Inc., BOK Financial Corporation, American Performance Funds and Bank of Oklahoma, N.A., and my request for electronic notification of all docket activity in this case. I certify that I am admitted to practice in this Court.

Dated: November 1, 2007
       New York, New York

                                          Respectfully submitted,

                                          WOLLMUTH MAHER & DEUTSCH LLP

                                          William F. Dahill (WD-8618)
                                          500 Fifth Avenue
                                          New York, NY  10110
                                          Telephone (212) 382-3300
                                          Facsimile (212) 382-0050
                                          wdahill@wmd-law.com

                                          *Attorneys for Defendants.*