IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| 1. AXA, a Société Anonyme organized under Laws of France; | ) ) | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 11/13/07 |
| 2. AXA INVESTMENT MANAGERS, INC., a Delaware Corporation, | ) ) | |
| 3. AXA EQUITABLE LIFE INSURANCE COMPANY, a New York Stock Life Insurance Corporation; | ) ) ) | |
| 4. AXA ADVISORS, L.L.C., a Delaware Limited Liability Company; | ) ) | |
| 5. AXA NETWORK, L.L.C., a Delaware Limited Liability Company; | ) ) | |
| 6. AXA FINANCIAL INC., a Delaware Corporation; and | ) ) | |
| 7. AXA PRIVATE EQUITY US, LLC, a Delaware Limited Liability Company; | ) ) | Civil Action No. 07-8293 (LAP) |
| Plaintiffs | ) | |
| v. | ) | **STIPULATION** |
| 1. AXIA INVESTMENT MANAGEMENT, INC. an Oklahoma corporation; | ) ) | |
| 2. BOK FINANCIAL CORPORATION an Oklahoma Corporation; | ) ) | |
| 3. AMERICAN PERFORMANCE FUNDS, a Massachusetts Business Trust; and | ) ) | |
| 4. BANK OF OKLAHOMA, a National Association, Chartered by the U.S. Government, | ) ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the undersigned, that:

1. The Present Action is hereby stayed pending resolution of motions currently pending before the United States District Court for the Northern District of Oklahoma, Case No. 07-CV-420 (JAP/FHM) (the "Oklahoma Action") concerning the parties to the Present Action; and

2. Defendants, by entering into this stipulation, do not waive, and expressly reserve, any and all defenses and objections they might have to the Amended Complaint, including jurisdictional objections (except as to service and/or receipt of process).

Dated:   New York, New York
         November 8, 2007

THELEN REID BROWN RAYSMAN
& STEINER LLP

By: *Catherine McGrath*
Catherine McGrath
875 Third Avenue
New York, New York 10022
(212) 603-2000
Attorneys for Plaintiffs

WOLLMUTH MAHER & DEUTSCH LLP

By: *G. Christopher Harriss*
G. Christopher Harriss
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
Attorneys for Defendants

The Clerk of the Court shall assign this action to the suspense calendar.

So Ordered:

*Loretta A. Preska*

November 9, 2007

2