USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

AXA, a Société Anonyme organized under Laws of France;    :
AXA INVESTMENT MANAGERS, INC., a Delaware                 :
Corporation; AXA EQUITABLE LIFE INSURANCE                 :    Civil Action No. 07-8293 (LAP)
COMPANY, a New York Stock Life Insurance Corporation;     :
AXA ADVISORS, L.L.C., a Delaware Limited Liability        :
Company; AXA NETWORK, L.L.C., a Delaware Limited          :    **STIPULATION OF**
Liability Company; AXA FINANCIAL INC., a Delaware         :    **DISMISSAL WITHOUT**
Corporation; and AXA PRIVATE EQUITY US, LLC, a            :    **PREJUDICE**
Delaware Limited Liability Company,                       :
                                                          :
                                Plaintiffs,               :
                                                          :
                    v.                                    :
                                                          :
AXIA INVESTMENT MANAGEMENT, INC. an Oklahoma              :
corporation; BOK FINANCIAL CORPORATION, an                :
Oklahoma Corporation; AMERICAN PERFORMANCE               :
FUNDS, a Massachusetts Business Trust; and BANK OF        :
OKLAHOMA, a National Association, Chartered by the U.S.   :
Government,                                                :
                                                          :
                                Defendants.               :

--------------------------------------------------------------- X

WHEREAS, this Court stayed the above-captioned action on November 9, 2007 pending

the resolution of motions then pending in a related case before the United States District Court

for the Northern District of Oklahoma in Case No. 07-cv-420 (the "Oklahoma Action");

WHEREAS, the Oklahoma Action was a declaratory judgment action involving a dispute

between some of the plaintiffs in this action (plaintiffs in this action, some of whom are

declaratory judgment defendants in the Oklahoma Action, collectively referred to herein as the

"AXA Parties") and some of the defendants in this action (defendants in this action, some of

whom are declaratory judgment plaintiffs in the Oklahoma Action, collectively referred to herein

as the "AXIA/BOK Parties");

WHEREAS, both this action and the Oklahoma Action involve a dispute concerning the AXIA/BOK Parties' use of the mark "AXIA";

WHEREAS, the Oklahoma Action was subsequently administratively closed until May 20, 2008 to allow the Parties time to complete certain terms for settlement;

WHEREAS, these terms for settlement required the AXIA/BOK Parties: (i) to select a new mark for use instead of the mark which is the subject of the this action and the Oklahoma Action, and (ii) to submit the new mark to the AXA Parties for approval, after which both actions would be dismissed without prejudice; and

WHEREAS, the submission and approval of the new mark have been completed.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for all parties to this action that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action is dismissed without prejudice and without award of costs or attorneys' fees to any party.

Dated:     New York, New York
           March 7, 2008

THELEN REID BROWN RAYSMAN                WOLLMUTH MAHER & DEUTSCH LLP
& STEINER LLP

By: _____            By: _____
    Catherine McGrath                         William F. Dahill
875 Third Avenue                         500 Fifth Avenue
New York, New York 10022                 New York, NY 10110
(212) 603-2000                           (212) 382-3300
Attorneys for Plaintiffs                 Attorneys for Defendants

*The Clerk of the Court shall mark this action closed and all pending motions denied as moot.*

*March 12, 2008*

*Loretta A. Preska*

2